# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT LINDSEY NELSON ) | CASE NO. 04-01443-MH3-7 |
|   8354 CARRIAGE HILLS DR ) | |
|   BRENTWOOD, TN 37027 ) | |
|   SSN: XXX-XX-5580, ) | |
| KAREN NELSON ) | |
|   8354 CARRIAGE HILLS DR ) | |
|   BRENTWOOD, TN 37072 ) | |
|   SSN: XXX-XX-7398, ) | |
| ) | |
|   Debtor(s) ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Name and Address | Amount | Claim No. |
|---|---|---|
| TENNESSEE COMMERCE BANK<br>C/O B ANTHONY SAUNDERS<br>2525 WEST END AVE STE 1500<br>NASHVILLE TN 37203 | $1,746.82 | 00004-1 |

2. The Trustee's check in the amount of $1,746.82, payable to the Clerk of the U.S. Bankruptcy Court, is being submitted to the Court simultaneously with this Report.

Respectfully submitted,

/s/ Susan R. Limor
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304
Fax: 615-742-0858
trustee@limorlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have forwarded a true and exact copy of the foregoing document to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, on this 9th day of July, 2010.

                                                /s/ Susan R. Limor
                                                Susan R. Limor